UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-97-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SOLOMON DAVON GILLIAM,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Letter, docketed as a "Motion Requesting a Copy of Back and Forth Correspondence Between Prosecutor and Attorney." (#17).

Defendant is represented by court-appointed counsel in this matter.[1] Under L.Cr.R. 47.1(g), the Court typically does not entertain *pro se* motions by parties who are already ably represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf, and the Court will gladly hear any motion defendant's counsel makes on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

---

[1] Defendant has a pending Motion for Inquiry of Counsel, which has been referred to the U.S. Magistrate Judge for hearing, but he is still represented by counsel at this time.

-1-

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Letter, docketed as a "Motion Requesting a Copy of Back and Forth Correspondence Between Prosecutor and Attorney," (#17) is **DENIED without prejudice**.

Signed: December 19, 2019

Max O. Cogburn Jr.
United States District Judge